**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN DILLARD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:87-CV-1200-MHT** |
| **TOWN OF DOZIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>FINAL JUDGMENT</u>**

By order entered February 15, 2007, (Doc. No. 3), the defendant Town of Dozier
was ordered to show cause, if any there be, in writing by April 16, 2007, as to why the
joint motion to show cause (Doc. No. 2) should not be granted.  No response has been
filed by defendant.

There being no objection to the motion for final dismissal of this action, and
Alabama Act No. 2006-252 having received preclearance, it is the ORDER,
JUDGMENT, and DECREE of the court as follows:

(1)     Said motion to dismiss is GRANTED.

(2)     It is DECLARED as the judgment of this court that Alabama Act No.
2006-252 provides state legislative authority for the method of election and number of
seats prescribed by the consent decree the court entered June 14, 1998, providing that the
Town Council of the Town of Dozier consist of six members elected from two multi-
member districts..

(3)     The injunction contained in the prior judgment of the court to the extent it
pertains to defendant Town of Dozier is dissolved.

(4)     All claims against the defendant Town of Dozier in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this ___ day of April, 2007.

_____
**UNITED STATES DISTRICT JUDGE**