IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN DILLARD, et al.,              )
                                   )
   Plaintiffs,                     )
                                   )
   v.                              )      CIVIL ACTION NO.
                                   )      2:87cv1200-MHT
TOWN OF DOZIER,                    )
                                   )
   Defendant.                      )

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 16, 2007, as to why said motion should not be granted as requested.

DONE this 15th day of February, 2007.

                                     /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE