IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1200-MHT |
| TOWN OF DOZIER, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why
this case should not be dismissed (Doc. No. 2), an order
was entered on February 15, 2007 (Doc. No. 3), directing
defendant Town of Dozier to show cause, if any there be,
in writing by April 16, 2007, as to why said motion
should not be granted.  No response has been filed by
defendant.

There being no objection to the show-cause order and
the final dismissal of this action, and Alabama Act No.
2006-252 having received preclearance, it is the ORDER,
JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 2) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court entered June 14, 1998, providing that the Town Council of the Town of Dozier consist of six members elected from two multi-member districts.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Dozier is dissolved.

(4) All claims against defendant Town of Dozier in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of April, 2007.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE